UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Felix Jose Arimont, | ) | CASE NO.: 1:19CV2584 |
| | ) | |
| Petitioner, | ) | JUDGE JOHN ADAMS |
| | ) | |
| | ) | |
| | ) | |
| State of Ohio Adult Parole Authority, | ) | **ORDER AND JUDGMENT ENTRY** |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court has examined the Report and Recommended Decision of the Magistrate Judge submitted in this matter on October 18, 2021.  Doc. 10.  Upon due consideration, and no objections having been filed by the parties, the Court adopts the Report and recommended findings and conclusions of the Magistrate Judge and incorporates them herein.   Therefore, it is ordered that the petition is hereby DISMISSED.

For the reasons set forth above, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Felix Arimont's Petition for a Writ of Habeas Corpus is hereby DISMISSED.   Pursuant to 28 U.S.C § 1915(a)(3), the Court certifies that Petitioner may not take an appeal from the Court's decision in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).   .

IT IS SO ORDERED.


Date: 11/23/2021                                        /s/ John R. Adams
                                                        JUDGE JOHN R. ADAMS
                                                        UNITED STATES DISTRICT JUDGE